HELEN JULIA OSZKOSCIL, an Infant, by Guardian, etc., Appellant, *v.* THE EAGLE PENCIL COMPANY, Respondent.

(Argued January 15, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an

order made May 7, 1889, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at circuit.

*Samuel Greenbaum* for appellant.

*Mr. Stine* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.